**Fill in this information to identify the case:**

Debtor 1: Randal B. Conlee

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of MS
(State)

Case number: 17-10814

# Form 4100R
# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association c/o BSI Financial Services

**Last 4 digits** of any number you use to identify the debtor's account: 5 1 2 4

**Property address:** 2145 Brassfield
Number    Street

Pontoc    MS    38863
City    State    ZIP Code

**Court claim no.** (if known): 1-1

## Part 2: Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[✓] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 04/01/2020
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/_____
MM / DD / YYYY

Debtor 1  Randal B. Conlee
_____
First Name    Middle Name    Last Name

Case number (if known) 17-10814 _____

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ Christopher K. Baxter
Signature

Date 03/31/2020

Print: Christopher    K.    Baxter
First Name    Middle Name    Last Name

Title: Managing Partner

Company: Marinosci Law Group

If different from the notice address listed on the proof of claim to which this response applies:

Address: 14643 Dallas Parkway, Suite 750
Number    Street

Dallas    Texas    75254
City    State    ZIP Code

Contact phone (972) 331-2300

Email: ecf@mlg-defaultlaw.com

**CERTIFICATE OF SERVICE**

      I, Christopher K. Baxter, certify that a true and correct copy of the Response to Final Cure Notice was served on the Debtor via United States Mail at the address listed on PACER, and the Debtor's attorney, the Chapter 13 Trustee, the U.S. Trustee, and all parties requesting notice via ECF/Electronic Mail on March 31, 2020                  .

 

Marinosci Law Group, P.C.
*/s/Christopher K. Baxter*
Christopher K. Baxter
14643 Dallas Parkway, Ste. 750
Dallas, Texas 75254
Telephone: (972) 331-2300
Facsimile: (972) 331-5240
Email: txbk@mlg-defaultlaw.com
ATTORNEYS FOR CREDITOR

```
Label Matrix for local noticing          (p)AMERICOLLECT INC                    BSI Financial Services
0537-1                                   PO BOX 2080                            c/o Marinosci & Baxter
Case 17-10814-JDW                        MANITOWOC WI 54221-2080                Wellington Center
Northern District of Mississippi                                                14643 Dallas Parkway, Suite 750
Aberdeen                                                                        Dallas, TX 75254-8884
Tue Mar 31 16:08:38 CDT 2020

BSI Financial Services, as servicing agent f    Randal B. Conlee                Franklin Collection
C/O Christopher K. Baxter                       2145 Brassfield Road            P.O. Box 3910
Marinosci & Baxter                              Pontotoc, MS 38863-9269         Tupelo, MS 38803-3910
14643 Dallas Parkway, Suite 750
Dallas, TX 75254-8884


Laura Henderson - Courtney               Bradley P. Jones                       R.Gawyn Mitchell
P.O. Box 5381                            Shapiro & Brown, LLC                   P.O. Box 7177
Jackson, MS 39296-5381                   1080 River Oaks Drive                  Tupelo, MS 38802-7177
                                         Suite B-202
                                         Flowood, MS 39232-7603


Nationstar Mortgage                      Nationstar Mortgage LLC                (p)NATIONSTAR MORTGAGE LLC
P.O. Box 199111                          Shapiro & Massey, LLC                  PO BOX 619096
Dallas, TX 75219                         1080 River Oaks Drive, Suite B-202     DALLAS TX 75261-9096
                                         Flowood, MS 39232-7603


Nationstar Mortgage LLC                  PRA Receivables Management, LLC        Shapiro & Massey, LLC
C/O Shapiro and Massey LLC               PO Box 41021                           1080 River Oaks Dr Suite B202
1080 River Oaks Drive                    Norfolk, VA 23541-1021                 Flowood, MS 39232-7603
Suite B-202
Flowood, MS 39232-7603


Synchrony Bank                           Tupelo Service Finance                 U. S. Trustee
c/o PRA Receivables Management, LLC      P.O. Box 1791                          501 East Court Street, Suite 6-430
PO Box 41021                             Tupelo, MS 38802-1791                  Jackson, MS 39201-5022
Norfolk, VA 23541-1021


U.S. Bank Trust National Association     U.S. Bank Trust National Association, as Tru    United Consumer
c/o BSI Financial Services               1425 Greenway Drive, Ste. 400                   865 Bassett Road
1425 Greenway Drive, Ste. 400            Irving, TX 75038-2480                           Westlake, OH 44145-1194
Irving, TX 75038-2480


Terre M. Vardaman
P. O. Box 1326
Brandon, MS 39043-1326
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Americollect                             Nationstar Mortgage LLC
P.O. Box 1566                            Attn: Bankruptcy Department
Manitowoc, WI 54221                      PO Box 619096
                                         Dallas, TX 75261-9741
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Terre M. Vardaman              End of Label Matrix
P. O. Box 1326                    Mailable recipients    21
Brandon, MS 39043-1326            Bypassed recipients     1
                                  Total                  22
```